affirmed, with ten dollars costs and disbursements. No opinion. Settle order, fixing date for hearing to proceed, on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNE McCOY CAMPBELL, Respondent, v. THE NEW YORK TIMES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to move to vacate the order extending plaintiff's time to serve the case on appeal herein unless plaintiff proceed with due diligence in the prosecution of her appeal now pending in the Court of Appeals. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SALLI TYSHA, Respondent, v. FREDERICK W. PELZER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESPIRIDION CASTRO, Respondent, v. LATIN AMERICAN OIL DEVELOPMENT CORPORATION, Appellant.— Order modified as stated in order and as so modified affirmed, with the disbursements of this appeal to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAURICE J. CROSS and Another, Copartners, etc., Appellants, v. SAMUEL BRISKMAN & CO., INC., Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment by appellants of a full bill of costs to the respondent up to the time of the motion, and without prejudice to the position of the cause on the calendar, the trial, however, to be adjourned until the first Monday of May, 1927. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CARMELA CRISPO, as Administratrix, etc., v. COMPAGNIE GENERALE TRANSATLANTIQUE and CARTER & WEEKS STEVEDORING COMPANY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WOLINS & BULL, INC., v. RUSSIAN SOCIETY " NAUKA."— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STELLA BARLOW, Impleaded with PETER CANNIZZARO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH BALAGUR v. MURRAY HUSID and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

I. & M. HOLDING CORPORATION v. ABRAHAM DORB and Others.— Motion to Pismiss appeal granted, with ten dollars costs, unless the appellants procure appellants' points to be filed on or before March 28, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EMMA J. M. EARP, as Executrix, etc., of JOHN L. MILLER, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTONIO MAIORANO v. NEW YORK LIFE INSURANCE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRIETTA GOLDSTEIN v. ISRAEL GOLDSTEIN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

50